**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Edward SMITH, Jr., a/k/a**
**Ezay, Defendant–Appellant.**

No. 01–7601.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 22, 2002.

James Edward Smith, Jr., Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

James Edward Smith, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Smith*, Nos. CR–95–39; CA–01–481–5–BO (E.D.N.C. filed Sept. 28, 2001; entered Oct. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*